**David W. MAYBERRY, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7318.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

## *ORDER*

Upon consideration of David W. Mayberry's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs